B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Urszula Drygierczyk** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **fka Urszula Zarzycki** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-8710** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **9367 Bay Colony apt 3S Des Plaines, IL** ZIP CODE **60016** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **9367 Bay Colony apt 3S Des Plaines, IL** ZIP CODE **60016** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Urszula Drygierczyk** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  **US Bankruptcy Court, Northern District of Ill** | Case Number:  **97B20538** | Date Filed:  **3/7/1997** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X** _____  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s):  **Urszula Drygierczyk** |
| --- | --- |
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Urszula Drygierczyk_
   **Urszula Drygierczyk**

X _____
   _847-420-1503_
   Telephone Number (If not represented by attorney)
   _07-23-08_
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
| --- | --- |

**Signature of Attorney***

X **Debtor not represented by attorney**
                                           Bar No.

Phone No._____ Fax No._____

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(c); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

**Nataliya Ripinskaya**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

Address
X _N. Rip_
  _7-23-08_
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Urszula Drygierczyk**

Case No.

Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $160,000.00 | | |
| B - Personal Property | Yes | 5 | $3,214.76 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $192,582.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $61,794.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,597.27 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,232.75 |
| TOTAL | | 20 | $163,214.76 | $254,377.18 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re  **Urszula Drygierczyk**

Case No.

Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,597.27 |
| Average Expenses (from Schedule J, Line 18) | $4,232.75 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,890.89 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $30,402.90 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $61,794.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $92,197.18 |

B6A (Official Form 6A) (12/07)

In re  **Urszula Drygierczyk**                                              Case No. _____
                                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Primary Residence<br>2 loans: 1st - Wilshire - loan# 404964<br>amount$ 140,105.96<br><br>2nd - Wilshire - loan# 404945<br>amount$ 34,470.58 | Mortgage | W | $160,000.00 | $176,499.00 |
| | | Total: | $160,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Urszula Drygierczyk**                                    Case No. _____

                                                                                   (if known)


# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand | J | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account | J | $29.57 |
| | | Saving account | J | $5.19 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Kitchen - Refrigerator | J | $150.00 |
| | | Miscowave | J | $30.00 |
| | | Kitchen Stove | J | $50.00 |
| | | Dishwasher | J | $20.00 |
| | | Living Room - Sofa | J | $100.00 |
| | | Coffee Table | J | $20.00 |
| | | TV | J | $150.00 |
| | | Bedroom set | J | $150.00 |
| | | Computer | J | $50.00 |
| | | Computer desk | J | $15.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Urszula Drygierczyk**                                      Case No. _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes | J | $75.00 |
| 7. Furs and jewelry. | | Jewelry | J | $40.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Workout station | J | $30.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |

In re **Urszula Drygierczyk**                                      Case No. _____

                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Urszula Drygierczyk**                                      Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Loan Officer mortgage license | W | $100.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Jeep Grand Cherokee Limited, 1999 miles - 107,000.00 poor condition Value based on Kelly Blue Book | W | $2,180.00 |
| | | Crysler Crossfire - 2004 40,000.00 miles Value based on Kelly blue book good condition | J | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Urszula Drygierczyk**                                    Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total  >   **$3,214.76**

B6C (Official Form 6C) (12/07)

In re **Urszula Drygierczyk**                                      Case No. _____

                                                                        (If known)


## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)


| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Primary Residence 2 loans: 1st - Wilshire - loan# 404964 amount$ 140,105.96  2nd - Wilshire - loan# 404945 amount$ 34,470.58 | 735 ILCS 5/12-901 | $0.00 | $160,000.00 |
| cash on hand | 735 ILCS 5/12-1001(b) | $20.00 | $20.00 |
| Checking account | 735 ILCS 5/12-1001(b) | $29.57 | $29.57 |
| Saving account | 735 ILCS 5/12-1001(b) | $5.19 | $5.19 |
| Kitchen - Refrigerator | 735 ILCS 5/12-1001(b) | $150.00 | $150.00 |
| Miscowave | 735 ILCS 5/12-1001(b) | $30.00 | $30.00 |
| Kitchen Stove | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Dishwasher | 735 ILCS 5/12-1001(b) | $20.00 | $20.00 |
| Living Room - Sofa | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Coffee Table | 735 ILCS 5/12-1001(b) | $20.00 | $20.00 |
| TV | 735 ILCS 5/12-1001(b) | $150.00 | $150.00 |
| Bedroom set | 735 ILCS 5/12-1001(b) | $150.00 | $150.00 |
| Computer | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| | | **$774.76** | **$160,774.76** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Urszula Drygierczyk**                                          Case No. _____

                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Computer desk | 735 ILCS 5/12-1001(b) | $15.00 | $15.00 |
| Clothes | 735 ILCS 5/12-1001(b) | $75.00 | $75.00 |
| Workout station | 735 ILCS 5/12-1001(b) | $30.00 | $30.00 |
| Loan Officer mortgage license | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Jeep Grand Cherokee Limited, 1999 miles - 107,000.00 poor condition Value based on Kelly Blue Book | 735 ILCS 5/12-1001(c) | $0.00 | $2,180.00 |
| Crysler Crossfire - 2004 40,000.00 miles Value based on Kelly blue book good condition | 735 ILCS 5/12-1001(c) | $0.00 | $0.00 |
| | | $994.76 | $163,174.76 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Urszula Drygierczyk**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $160,000.00 | $176,499.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $20.00 | $0.00 | $20.00 | $20.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $34.76 | $0.00 | $34.76 | $34.76 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $735.00 | $0.00 | $735.00 | $735.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $75.00 | $0.00 | $75.00 | $75.00 | $0.00 |
| 7. | Furs and jewelry. | $40.00 | $0.00 | $40.00 | $0.00 | $40.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $30.00 | $0.00 | $30.00 | $30.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Urszula Drygierczyk**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $2,180.00 | $16,083.90 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$163,214.76** | **$192,582.90** | **$1,034.76** | **$994.76** | **$40.00** |

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------:|-----:|-------:|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------:|-----:|-------:|------------------:|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Urszula Drygierczyk**                          CASE NO

                                                         CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Jewelry | $40.00 | | $40.00 | $40.00 |
| **TOTALS:** | **$40.00** | **$0.00** | **$40.00** | **$40.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$163,214.76** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$163,214.76** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$192,582.90** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$192,582.90** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$1,034.76** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.   Total Equity  (C-F) | **$1,034.76** |
| J. Total Exemptions Claimed | **$994.76** |
| K. Total Non-Exempt Property Remaining  (G-J) | **$40.00** |

*Copyright 1996-2008, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6D (Official Form 6D) (12/07)

In re **Urszula Drygierczyk**                                     Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx5366<br><br>Fifth Third Bank<br>Fifth Third Center<br>Cincinnati, OH 45263<br>ph# 513-579-5200 | | W | DATE INCURRED:    05/2006<br>NATURE OF LIEN:<br>**Creditor**<br>COLLATERAL<br>**Jeep Grand Cherokee Limited, 1999 miles - 107,00**<br>REMARKS<br>**Original Creditor for car loan (Jeep)**<br>**Client doesn`t want to keep the car**<br><br>VALUE                    $2,180.00 | | | | $8,228.00 | $8,228.00 |
| ACCT #: xxx-xxxx1083<br><br>Regional Adjustment Bureau, Inc.<br>7000 Goodlett Farms Parkway<br>PO Box 34111<br>Memphis, TN 38016 | | W | DATE INCURRED    06/02/2008<br>NATURE OF LIEN:<br>**Collecting for -**<br>COLLATERAL:<br>**Jeep Grand Cherokee Limited, 1999 miles - 107,00**<br>REMARKS<br>**Client doesn`t want to keep the car**<br><br>VALUE                    $2,180.00 | | | | $7,855.90 | $5,675.90 |
| ACCT #: xx4964<br><br>Wilshire Credit Corp<br>Attn.: Bankruptcy Department<br>PO Box 1650<br>Portland<br>OR 97207-1650 | | W | DATE INCURRED    07/2005<br>NATURE OF LIEN<br>**Mortgage**<br>COLLATERAL<br>**Primary Residence**<br>REMARKS<br><br>VALUE                  $160,000.00 | | | | $141,317.00 | |
| ACCT #: xx4945<br><br>Wilshire Credit Corp<br>Attn.: Bankruptcy Department<br>PO Box 1650<br>Portland<br>OR 97207-1650 | | W | DATE INCURRED    07/2005<br>NATURE OF LIEN<br>**2nd Mortgage**<br>COLLATERAL<br>**Primary Residence**<br>REMARKS<br><br>VALUE                  $160,000.00 | | | | $35,182.00 | $16,499.00 |
| | | | Subtotal (Total of this Page) > | | | | $192,582.90 | $30,402.90 |
| | | | Total (Use only on last page) > | | | | $192,582.90 | $30,402.90 |

_____  **No**  _____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Urszula Drygierczyk**                                    Case No. _____
                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Urszula Dryglerczyk**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx5448<br>**1st Nationwide Collection Agency, inc.**<br>**PO Box 6016**<br>**Camarillo, CA 93011-6016** | | W | DATE INCURRED  11/01/07<br>CONSIDERATION.<br>Collecting for -<br>REMARKS<br>**Original Creditor: Credit One Bank**<br>**Re: North Star Capital Acquisition LLC**<br>**Transfered to 1st NationWide Collection**<br><br>**Agency, INC.** | | | | $1,145.67 |
| ACCT #:<br>**Atlantic Credit & Finance, Inc.**<br>**2727 Franklin Road SW**<br>**Roanoke, VA 24014** | | W | DATE INCURRED  07/2007<br>CONSIDERATION.<br>Collecting for -<br>REMARKS<br>**Original credit: HSBC** | | | | $1,403.92 |
| ACCT #:  xx-xx655-0<br>**Blitt and Gaines, P.C.**<br>**Attorneys at Law**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | W | DATE INCURRED  03/10/08<br>CONSIDERATION.<br>Collecting for -<br>REMARKS<br>**Original Creditor: Capital One Bank USA, NA**<br>**Original Account # 4121-7416-5028-6177** | | | | $1,239.91 |
| ACCT #:  xx-xx477-0<br>**Blitt and Gaines, P.C.**<br>**Attorneys at Law**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | W | DATE INCURRED  05/15/08<br>CONSIDERATION.<br>Collecting for -<br>REMARKS<br>**Original Creditor: Capital One Bank (USA), N.A.**<br>**Account # 5291-0716-2300-0641** | | | | $1,533.70 |
| ACCT #:  xx-xx180-0<br>**Blitt and Gaines, P.C.**<br>**Attorneys at Law**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | W | DATE INCURRED  01/03/08<br>CONSIDERATION.<br>Collecting for -<br>REMARKS·<br>**Original creditor: HSBC**<br>**Original account: 5176-6900-1337-7879**<br>**Client: Atlantic Credit & Finance, Inc.** | | | | $1,403.92 |

Subtotal > | $6,727.12

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____5_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Urszula Drygierczyk**                         Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | JPF Acct# 594064 | | | | |
| ACCT #:<br>**Blitt and Gaines, P.C.**<br>**Attorneys at Law**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | W | DATE INCURRED   06/16/08<br>CONSIDERATION<br>**Collecting for - Capital One Bank, N.A.**<br>REMARKS<br>**Original Creditor: Capital One Bank, N.A.** | | | | $1,239.91 |
| ACCT #:<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | W | DATE INCURRED   03/11/08<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS<br>**Original Creditor: Washington Mutual**<br>**Current Creditor: LVNV Funding LLC**<br>**Account# 4185-8653-2333-4768** | | | | $895.64 |
| ACCT #:   **xxxx-xxxx-xxxx-7258**<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | W | DATE INCURRED   04/12/08<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Previor Creditor: Washington Mutual**<br>**Current Creditor: LVNV Funding LLC**<br>**Account# 4465-6815-0071-7258** | | | | $8,027.53 |
| ACCT #:   **xxxx-xxxx-xxxx-xxxx**<br>**Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | W | DATE INCURRED   11/1999<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $1,560.00 |
| ACCT #:   **xxxx-xxxx-xxxx-xxxx**<br>**Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | W | DATE INCURRED   01/2000<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $1,492.00 |

Sheet no. ___1___ of ___5___ continuation sheets attached to                           Subtotal >   | $13,215.08 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                          (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Urszula Drygierczyk**                                          Case No. _____
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-xXXXX<br>**Clti Bank/DFS**<br>**12234 N IH 35 SB BLDG B**<br>**AUSTIN**<br>**TX 78754** | | W | DATE INCURRED  01/2004<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $1,619.00 |
| ACCT #:  xx xxxx x0987<br>**Credit Collection Services**<br>**Two Wells Ave**<br>**Dept. AMFA**<br>**Newton, MA 02459** | | W | DATE INCURRED  04/15/2008<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Ogirinal Account Holder - American Family Insurance**<br>**Original Account # 01210186294** | | | | $413.20 |
| ACCT #:  xxxx-xxxx-xxxx-XXXX<br>**Credit One Bank**<br>**PO BOX 98875**<br>**Las Vegas, NV 89193** | | W | DATE INCURRED  04/2004<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $1,132.00 |
| ACCT #:  xxxxxx3 A94<br>**Creditors Financial Group, LLC**<br>**PO Box 440290**<br>**Aurora, CO 80044-0290** | | W | DATE INCURRED  04/01/08<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Collection for Washington Mutual** | | | | $7,807.98 |
| ACCT #:  xxxx-xxxx-xxxx-xxx6-324<br>**Dell Financial Services**<br>**Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 6403**<br>**Carol Stream, IL 60197-6403** | | W | DATE INCURRED  06/10/08<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $1,698.36 |
| ACCT #:  xxxx1800<br>**Freedman Anselmo Lindberg & Rappe LLC**<br>**1807 West Diehl Rd, #333**<br>**PO Box 3228**<br>**Naperville, IL 60566-7228** | | W | DATE INCURRED  06/02/2008<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Original Creditor - Direct Merchants Bank** | | | | $2,890.96 |

Sheet no. ___2___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $15,561.50

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Urszula Drygierczyk**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-7879<br>HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901 | | W | DATE INCURRED  07/2004<br>CONSIDERATION<br>Credit Card<br>REMARKS<br>Acount is sold or transferred. | | | | $1,403.92 |
| ACCT #:  xxxxx6485<br>J H Stroger Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698 | | W | DATE INCURRED  05/28/07<br>CONSIDERATION<br>Hospital<br>REMARKS | | | | $268.80 |
| ACCT #:  xxxxx4726<br>J H Stroger Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698 | | W | DATE INCURRED  04/17/07<br>CONSIDERATION<br>Hospital<br>REMARKS | | | | $300.00 |
| ACCT #:  xx4064<br>John P. Frye, P.C.<br>Attorney at Law<br>P.O. Box 13665<br>Roanoke, Virginia 24036-3665 | | W | DATE INCURRED  05/2007<br>CONSIDERATION<br>Collecting for -<br>REMARKS<br>Original Creditor: HSBC<br>Client: Atlantic Credit & Finance, Inc. | | | | $1,403.92 |
| ACCT #:  xxx4739<br>Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490 | | W | DATE INCURRED  08/08/07<br>CONSIDERATION<br>Collecting for -<br>REMARKS<br>Original Creditor: HSBC Card Services, Inc.<br>Original Account # 5440-4550-0643-7845<br>Creditor: FFPM Carmel Holding I, LLC | | | | $1,067.51 |
| ACCT #:  xxxx-xxxx-xxxx-xxxx<br>LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274 | | W | DATE INCURRED  09/2007<br>CONSIDERATION<br>Collecting for -<br>REMARKS<br>Collection for Washington Mutual | | | | $8,034.00 |

Sheet no. ___3___ of ___5___ continuation sheets attached to                                    Subtotal >   | $12,478.15 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                 Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                (Report also on Summary of Schedules and, if applicable, on the
                                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Urszula Drygierczyk**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx**<br>**Merrick Bank**<br>**10713 S Jordan Gat, #150**<br>**South Jordan**<br>**UT 84095** | | W | DATE INCURRED    06/2003<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $2,554.00 |
| ACCT #:  **xx2540**<br>**NCO Financial Systems, Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | W | DATE INCURRED    02/08/2008<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Original Creditor: HSBC Card Services, Inc**<br>**Original Account: 5440-4550-0643-7845**<br>**Creditor: FFPM Carmel Holdings I, LLC** | | | | $1,094.44 |
| | | | Creditor`s Account: #8725386<br><br>Creditor`s Account: 8725386 | | | | |
| ACCT #:  **xx 1009**<br>**NCO Financial Systems, Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | W | DATE INCURRED    04/26/08<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Original Creditor: Capital One Bank (USA), N.A.**<br>**Account# 5291-0716-2300-0641** | | | | $1,533.70 |
| ACCT #:  **xxx9691**<br>**Phillips & Cohen Associates, LTD**<br>**258 Chapman Rd, Suite 205**<br>**Newark, DE 19702** | | W | DATE INCURRED    05/06/08<br>CONSIDERATION<br>**Collecting for -**<br>REMARKS<br>**Original Creditor: HSBC Card Services, Inc.**<br>**Client: First Financial Asset Management, INC.** | | | | $1,062.08 |
| | | | CLient Account: 5440-4550-0643-7845 | | | | |

Sheet no. ___4___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $6,244.22

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Urszula Drygierczyk**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx1409<br>**Phillips & Cohen Associates, LTD**<br>258 Chapman Rd, Suite 205<br>Newark, DE 19702 | | W | DATE INCURRED: 01/03/08<br>CONSIDERATION:<br>Collecting for -<br>REMARKS<br>Original Creditor: Capital One<br>Account # 4121-7416-5028-6177 | | | | $1,192.09 |
| ACCT #:  xxx6400<br>**SIMM Associates, INC**<br>800 Pencader drive<br>Newark, DE 19702 | | W | DATE INCURRED 05/30/08<br>CONSIDERATION<br>Collecting for -<br>REMARKS<br>Original Client - MERRICK BANK<br>Original account # 4120-6130-4431-5825 | | | | $2,554.12 |
| ACCT #:  xxx2410<br>**Worldwide Asset Purchase** | | W | DATE INCURRED 04/2007<br>CONSIDERATION<br>Collecting for -<br>REMARKS<br>Original Creditor: Direct Merchants Credit Card | | | | $2,690.00 |
| ACCT #:  xxxxxx0183<br>**Zenith Acquisition**<br>220 John Glenn Dr, #1<br>Amherst, NY 14228 | | W | DATE INCURRED 09/2007<br>CONSIDERATION<br>Collecting for -<br>REMARKS<br>Original Creditor - Credit One Bank | | | | $1,132.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____5____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal > | $7,568.21 |
| Total > | $61,794.28 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Urszula Dryglerczyk**

Case No. _____
                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Urszula Drygierczyk**                                   Case No. _____
                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rafal Drygierczyk**<br>9367 Bay Colony<br>apt 3S<br>Des Plaines, IL 60016 | |

B6I (Official Form 6I) (12/07)

In re **Urszula Drygierczyk**                                    Case No. _____

(if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Cleaning Service | Maintenance |
| Name of Employer | self employed | DPI LLC. |
| How Long Employed | 1year 6 months | 2 |
| Address of Employer | | 255 E Illinois Rd<br>Lake Forest, IL 60045 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,383.00 | $2,080.00 |
| 2. | Estimate monthly overtime | $0.00 | $1,139.54 |
| 3. | SUBTOTAL | **$1,383.00** | **$3,219.54** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $350.95 |
| | b. Social Security Tax | $0.00 | $380.91 |
| | c. Medicare | $0.00 | $89.09 |
| | d. Insurance | $0.00 | $184.32 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$1,005.27** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$1,383.00** | **$2,214.27** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | $0.00 |
| | b._____ | $0.00 | $0.00 |
| | c._____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,383.00** | **$2,214.27** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,597.27** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Urszula Drygierczyk**

Case No. _____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,237.85 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $99.87 |
|           b. Water and sewer | |
|           c. Telephone | $120.00 |
|           d. Other:  2nd mortgage | $366.70 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $450.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $150.00 |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $26.67 |
|           b. Life | |
|           c. Health | |
|           d. Auto | $114.67 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:  Jeep payment | $332.00 |
|           b. Other:  Crysler payment | $335.00 |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others:    Husband pays for 2 children | $300.00 |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,232.75** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,597.27 |
| b. Average monthly expenses from Line 18 above | $4,232.75 |
| c. Monthly net income (a. minus b.) | ($635.48) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Urszula Drygierczyk**

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**22**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _07-23-08_____   Signature _Urszula Drygierczyk_____
**Urszula Drygierczyk**

Date _____   Signature _____

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Nataliya Ripinskaya, Preparer**_____   **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**_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 South Cicero Ave
Suite B
Oak Forest, IL 60452**

_____   _7-23-08_____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   **Urszula Drygierczyk**                                    Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2217.00** | **Cleaning services** |
| **$2214.27 average per month** | **DPI LLC 255 E Illinois Rd. Lake Forest, IL 60045** |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **1st Nationwide Collection Agency, inc.** PO Box 6016 Camarillo, CA 93011-6016 | | | **$1,145.67** |
| **Atlantic Credit & Finance, Inc.** 2727 Franklin Road SW Roanoke, VA 24014 | | | **$1,403.92** |
| **Blitt and Gaines, P.C.** Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 | | | **$1,239.91** |
| **Blitt and Gaines, P.C.** Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 | | | **$1,533.70** |
| **Blitt and Gaines, P.C.** Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 | | | **$1,403.92** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Urszula Drygierczyk**                                Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | |
|---|---|
| **Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | **$895.64** |
| **Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | **$7,884.46** |
| **Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | **$1,560.00** |
| **Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285** | **$1,492.00** |
| **Citi Bank/DFS**<br>**12234 N IH 35 SB BLDG B**<br>**AUSTIN**<br>**TX 78754** | **$1,619.00** |
| **Credit Collection Services**<br>**Two Wells Ave**<br>**Dept. AMFA**<br>**Newton, MA 02459** | **$413.20** |
| **Credit One Bank**<br>**PO BOX 98875**<br>**Las Vegas, NV 89193** | **$1,132.00** |
| **Creditors Financial Group, LLC**<br>**PO Box 440290**<br>**Aurora, CO 80044-0290** | **$7,807.98** |
| **Dell Financial Services**<br>**Dell Preferred Account**<br>**Payment Processing Center**<br>**PO Box 6403**<br>**Carol Stream, IL 60197-6403** | **$1,698.36** |
| **Fifth Third Bank**<br>**Fifth Third Center**<br>**Cincinnati, OH 45263**<br>**ph# 513-579-5200** | **$8,228.00** |
| **Freedman Anselmo Lindberg & Rappe LLC**<br>**1807 West Diehl Rd, #333**<br>**PO Box 3228**<br>**Naperville, IL 60566-7228** | **$2,890.96** |
| **HSBC BANK**<br>**1441 SCHILLING PLACE**<br>**SALINAS, CA 93901** | **$1,403.92** |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:  **Urszula Drygierczyk**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | |
|---|---:|
| **J H Stroger Hosp of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673-5698** | **$268.80** |
| **J H Stroger Hosp of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673-5698** | **$300.00** |
| **John P. Frye, P.C.**<br>**Attorney at Law**<br>**P.O. Box 13665**<br>**Roanoke, Virginia 24036-3665** | **$1,403.92** |
| **Leading Edge Recovery Solutions**<br>**5440 N Cumberland Ave, Ste 300**<br>**Chicago, IL 60656-1490** | **$1,067.51** |
| **LVNV Funding LLC**<br>**PO Box 740281**<br>**Houston, TX 77274** | **$8,034.00** |
| **Merrick Bank**<br>**10713 S Jordan Gat, #150**<br>**South Jordan**<br>**UT 84095** | **$2,554.00** |
| **NCO Financial Systems, Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | **$1,094.44** |
| **NCO Financial Systems, Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | **$1,533.70** |
| **Phillips & Cohen Associates, LTD**<br>**258 Chapman Rd, Suite 205**<br>**Newark, DE 19702** | **$1,062.08** |
| **Phillips & Cohen Associates, LTD**<br>**258 Chapman Rd, Suite 205**<br>**Newark, DE 19702** | **$1,192.09** |
| **Regional Adjustment Bureau, Inc.**<br>**7000 Goodlett Farms Parkway**<br>**PO Box 34111**<br>**Memphis, TN 38016** | **$7,855.90** |
| **SIMM Associates, INC**<br>**800 Pencader drive**<br>**Newark, DE 19702** | **$2,554.12** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Urszula Drygierczyk**                                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

| | |
|---|---|
| **Wilshire Credit Corp**<br>**Attn.: Bankruptcy Department**<br>**PO Box 1650**<br>**Portland**<br>**OR 97207-1650** | **$141,317.00** |
| **Wilshire Credit Corp**<br>**Attn.: Bankruptcy Department**<br>**PO Box 1650**<br>**Portland**<br>**OR 97207-1650** | **$35,182.00** |
| **Worldwide Asset Purchase** | **$2,690.00** |
| **Zenith Acquisition**<br>**220 John Glenn Dr, #1**<br>**Amherst, NY 14228** | **$1,132.00** |
| **Blitt and Gaines, P.C.**<br>**Attorneys at Law**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | **$1,239.91** |

None ☑ b. **Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ c. **All debtors:** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Urszula Drygierczyk**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 6. Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| www.cccsinc.org (Pre-bankruptcy certificate) | | $50.00 |
| Superior (document preparation: credit report, typing, software) | | $272.09 |

---

### 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Urszula Drygierczyk**                                     Case No. _____
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**11. Closed financial accounts**

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Urszula Drygierczyk**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☑ a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☑ a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Urszula Drygierczyk**                                      Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**20. Inventories**

None
☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Urszula Drygierczyk**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 8

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _07-23-08_

Signature
of Debtor  *Urszula Drygierczyk*

Date  _____

Signature
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Nataliya Ripinskaya, Preparer**

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

**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**

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

Signature of Bankruptcy Petition Preparer

Date  _7-23-08_

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Urszula Drygierczyk**

CASE NO

CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Collecting for - | 1st Nationwide Collection Agency, inc. PO Box 6016 Camarillo, CA 93011-6016 xx5448 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Atlantic Credit & Finance, Inc. 2727 Franklin Road SW Roanoke, VA 24014 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Blitt and Gaines, P.C. Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 xx-xx655-0 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Blitt and Gaines, P.C. Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 xx-xx477-0 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Blitt and Gaines, P.C. Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 xx-xx180-0 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - Capital One Bank, N.A. | Blitt and Gaines, P.C. Attorneys at Law 661 Glenn Ave Wheeling, IL 60090 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Capital Management Services, LP 726 Exchange Street, suite 700 Buffalo, NY 14210 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Capital Management Services, LP 726 Exchange Street, suite 700 Buffalo, NY 14210 xxxx-xxxx-xxxx-7258 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Urszula Drygierczyk**

CASE NO

CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| | | | | | |
|---|---|:-:|:-:|:-:|:-:|
| Credit Card | Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285<br>xxxx-xxxx-xxxx-xxxx | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285<br>xxxx-xxxx-xxxx-xxxx | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Citi Bank/DFS<br>12234 N IH 35 SB BLDG B<br>AUSTIN<br>TX 78754<br>xxxx-xxxx-xxxx-xXXXX | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Credit Collection Services<br>Two Wells Ave<br>Dept. AMFA<br>Newton, MA 02459<br>xx xxxx x0987 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Credit One Bank<br>PO BOX 98875<br>Las Vegas, NV 89193<br>xxxx-xxxx-xxxx-XXXX | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Creditors Financial Group, LLC<br>PO Box 440290<br>Aurora, CO 80044-0290<br>xxxxxx3 A94 | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Dell Financial Services<br>Dell Preferred Account<br>Payment Processing Center<br>PO Box 6403<br>Carol Stream, IL 60197-6403<br>xxxx-xxxx-xxxx-xxx6-324 | ☐ | ☑ | ☐ | ☐ |
| Jeep Grand Cherokee Limited,<br>1999 miles - 107,000. | Fifth Third Bank<br>Fifth Third Center<br>Cincinnati, OH 45263<br>ph# 513-579-5200<br>xxxxx5366 | ☑ | ☐ | ☐ | ☐ |
| Collecting for - | Freedman Anselmo Lindberg & Rappe LLC<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228<br>xxxx1800 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Urszula Drygierczyk**

CASE NO

CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| | | | | | |
|---|---|---|---|---|---|
| Credit Card | HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>xxxx-xxxx-xxxx-7879 | ☐ | ☑ | ☐ | ☐ |
| Hospital | J H Stroger Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698<br>xxxxx6485 | ☐ | ☑ | ☐ | ☐ |
| Hospital | J H Stroger Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698<br>xxxxx4726 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | John P. Frye, P.C.<br>Attorney at Law<br>P.O. Box 13665<br>Roanoke, Virginia 24036-3665<br>xx4064 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx4739 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274<br>xxxx-xxxx-xxxx-xxxx | ☐ | ☑ | ☐ | ☐ |
| Credit Card | Merrick Bank<br>10713 S Jordan Gat, #150<br>South Jordan<br>UT 84095<br>xxxx-xxxx-xxxx | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044<br>xx2540 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044<br>xx 1009 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Phillips & Cohen Associates, LTD<br>258 Chapman Rd, Suite 205<br>Newark, DE 19702<br>xxx9691 | ☐ | ☑ | ☐ | ☐ |

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Urszula Dryglerczyk**

CASE NO

CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| | | | | | |
|---|---|---|---|---|---|
| Collecting for - | Phillips & Cohen Associates, LTD<br>258 Chapman Rd, Suite 205<br>Newark, DE 19702<br>xxxx1409 | ☐ | ☑ | ☐ | ☐ |
| Jeep Grand Cherokee Limited, 1999 miles - 107,000. | Regional Adjustment Bureau, Inc.<br>7000 Goodlett Farms Parkway<br>PO Box 34111<br>Memphis, TN 38016<br>xxx-xxxx1083 | ☑ | ☐ | ☐ | ☐ |
| Collecting for - | SIMM Associates, INC<br>800 Pencader drive<br>Newark, DE 19702<br>xxx6400 | ☐ | ☑ | ☐ | ☐ |
| Primary Residence | Wilshire Credit Corp<br>Attn.: Bankruptcy Department<br>PO Box 1650<br>Portland<br>OR 97207-1650<br>xx4964 | ☐ | ☑ | ☐ | ☐ |
| Primary Residence | Wilshire Credit Corp<br>Attn.: Bankruptcy Department<br>PO Box 1650<br>Portland<br>OR 97207-1650<br>xx4945 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Worldwide Asset Purchase<br>xxx2410 | ☐ | ☑ | ☐ | ☐ |
| Collecting for - | Zenith Acquisition<br>220 John Glenn Dr, #1<br>Amherst, NY 14228<br>xxxxxx0183 | ☐ | ☑ | ☐ | ☐ |

| Description<br>of Leased<br>Property | Lessor's<br>Name | Lease will be<br>assumed pursuant<br>to 11 U.S.C.<br>§ 362(h)(1)(A) |
|---|---|---|
| | | |

**None**

Date _____

Signature _____

*Urszula Drygierczyk*

Date _____

Signature _____

Official Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **Urszula Drygierczyk**

CASE NO

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required un 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

**Natallya Ripinskaya**
_____

Printed or Typed Name of Bankruptcy Petition Preparer

**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**
_____

Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

**15028 South Cicero Ave**
**Suite B**
**Oak Forest, IL 60452**

_____

Signature of Bankruptcy Petition Preparer

**7-23-08**
_____

Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Urszula Drygierczyk**<br>**9367 Bay Colony**<br>**apt 3S**<br>**Des Plaines, IL 60016**<br>**Debtor(s) in pro per** | |

| In re:<br>**Urszula Drygierczyk** | CASE NO.: |
|---|---|
| | CHAPTER:  **7** |
| | Debtor Address:<br>**9367 Bay Colony**<br>**apt 3S**<br>**Des Plaines, IL 60016** |
| Social Security Number:  **xxx-xx-8710** | Employer's Tax I.D. Number: |

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| For document preparation services, I have agreed to accept | **$272.09** |
|---|---|
| Prior to the filing of this statement I have received | **$272.09** |
| Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):


   and provided the following services (itemize):
   **Software, Credit report, Typing**


3. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   <u>Name</u>                                                    <u>SSN</u>

| In re: **Urszula Drygierczyk** | CASE NUMBER: |
| **Rafal Drygierczyk** | CHAPTER: **7** |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____          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          7-23-08
            Signature                    Social Security Number         Date

Name (Print):  **Nataliya Ripinskaya**

Address:  **15028 South Cicero Ave**
          **Suite B**
          **Oak Forest, IL 60452**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Urszula Dryglerczyk**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  *07-23-08*

Signature  *Urszula Dryglerczyk*
**Urszula Dryglerczyk**

Date

Signature

1st Nationwide Collection Agency, inc.
PO Box 6016
Camarillo, CA 93011-6016


Atlantic Credit & Finance, Inc.
2727 Franklin Road SW
Roanoke, VA 24014


Blitt and Gaines, P.C.
Attorneys at Law
661 Glenn Ave
Wheeling, IL 60090


Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210


Capital One Bank
PO Box 85520
Richmond, VA 23285


Citi Bank/DFS
12234 N IH 35 SB BLDG B
AUSTIN
TX 78754


Credit Collection Services
Two Wells Ave
Dept. AMFA
Newton, MA 02459


Credit One Bank
PO BOX 98875
Las Vegas, NV 89193


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290

Dell Financial Services
Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403

Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263
ph# 513-579-5200

Freedman Anselmo Lindberg & Rappe LLC
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

J H Stroger Hosp of Cook County
PO Box 70121
Chicago, IL 60673-5698

John P. Frye, P.C.
Attorney at Law
P.O. Box 13665
Roanoke, Virginia 24036-3665

Leading Edge Recovery Solutions
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490

LVNV Funding LLC
PO Box 740281
Houston, TX 77274

Merrick Bank
10715 S Jordan Gat, #150
South Jordan
UT 84095

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044


Phillips & Cohen Associates, LTD
258 Chapman Rd, Suite 205
Newark, DE 19702


Regional Adjustment Bureau, Inc.
7000 Goodlett Farms Parkway
PO Box 34111
Memphis, TN 38016


SIMM Associates, INC
800 Pencader drive
Newark, DE 19702


Wilshire Credit Corp
Attn.: Bankruptcy Department
PO Box 1650
Portland
OR 97207-1650


Worldwide Asset Purchase


Zenith Acquisition
220 John Glenn Dr, #1
Amherst, NY 14228

Case 08-18883 Doc 1 Filed 07/23/08 Entered 07/23/08 11:56:17 Desc Main
Document Page 50 of 56
Debtor(s) Urszula Drygierczyk
Case No.
Chapter 7
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

1st Nationwide Collection Agenc
PO Box 6016
Camarillo, CA 93011-6016

Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263
ph# 513-579-5200

Regional Adjustment Bureau, I
7000 Goodlett Farms Parkway
PO Box 34111
Memphis, TN 38016

Atlantic Credit & Finance, Inc.
2727 Franklin Road SW
Roanoke, VA 24014

Freedman Anselmo Lindberg & Rap
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228

SIMM Associates, INC
800 Pencader drive
Newark, DE 19702

Blitt and Gaines, P.C.
Attorneys at Law
661 Glenn Ave
Wheeling, IL 60090

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

Wilshire Credit Corp
Attn.: Bankruptcy Department
PO Box 1650
Portland
OR 97207-1650

Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210

J H Stroger Hosp of Cook County
PO Box 70121
Chicago, IL 60673-5698

Worldwide Asset Purchase

Capital One Bank
PO Box 85520
Richmond, VA 23285

John P. Frye, P.C.
Attorney at Law
P.O. Box 13665
Roanoke, Virginia 24036-3665

Zenith Acquisition
220 John Glenn Dr, #1
Amherst, NY 14228

Citi Bank/DFS
12234 N IH 35 SB BLDG B
AUSTIN
TX 78754

Leading Edge Recovery Solutions
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490

Credit Collection Services
Two Wells Ave
Dept. AMFA
Newton, MA 02459

LVNV Funding LLC
PO Box 740281
Houston, TX 77274

Credit One Bank
PO BOX 98875
Las Vegas, NV 89193

Merrick Bank
10715 S Jordan Gat, #150
South Jordan
UT 84095

Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

Dell Financial Services
Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403

Phillips & Cohen Associates, LT
258 Chapman Rd, Suite 205
Newark, DE 19702

1st Nationwide Collection
Agency, inc.
PO Box 6016
Camarillo, CA 93011-6016

Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263
ph# 513-579-5200

Regional Adjustment Bureau,
Inc.
7000 Goodlett Farms Parkway
PO Box 34111
Memphis, TN 38016

Atlantic Credit & Finance,
Inc.
2727 Franklin Road SW
Roanoke, VA 24014

Freedman Anselmo Lindberg &
Rappe LLC
1807 West Diehl Rd, #333
PO Box 3228
Naperville, IL 60566-7228

SIMM Associates, INC
800 Pencader drive
Newark, DE 19702

Blitt and Gaines, P.C.
Attorneys at Law
661 Glenn Ave
Wheeling, IL 60090

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

Wilshire Credit Corp
Attn.: Bankruptcy Department
PO Box 1650
Portland
OR 97207-1650

Capital Management Services,
LP
726 Exchange Street, suite 700
Buffalo, NY 14210

J H Stroger Hosp of Cook
County
PO Box 70121
Chicago, IL 60673-5698

Worldwide Asset Purchase

Capital One Bank
PO Box 85520
Richmond, VA 23285

John P. Frye, P.C.
Attorney at Law
P.O. Box 13665
Roanoke, Virginia 24036-3665

Zenith Acquisition
220 John Glenn Dr, #1
Amherst, NY 14228

Citi Bank/DFS
12234 N IH 35 SB BLDG B
AUSTIN
TX 78754

Leading Edge Recovery
Solutions
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490

Credit Collection Services
Two Wells Ave
Dept. AMFA
Newton, MA 02459

LVNV Funding LLC
PO Box 740281
Houston, TX 77274

Credit One Bank
PO BOX 98875
Las Vegas, NV 89193

Merrick Bank
10713 S Jordan Gat, #150
South Jordan
UT 84095

Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290

NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

Dell Financial Services
Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403

Phillips & Cohen Associates,
LTD
258 Chapman Rd, Suite 205
Newark, DE 19702

*Superior*
*15028 South Cicero Ave*
*Suite B*
*Oak Forest, IL 60452*
*(708) 687-8470*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:                                    Case No.:
**Urszula Drygierczyk**                   SSN:   **xxx-xx-8710**
_____          SSN: _____
_____

Debtor(s)                                 **Numbered Listing of Creditors**

Address:

**9367 Bay Colony**                       Chapter:   **7**
**apt 3S**
**Des Plaines, IL 60016**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  1st Nationwide Collection Agency, inc.<br>PO Box 6016<br>Camarillo, CA 93011-6016<br>xx5448 | Unsecured Claim | $1,145.67 |
| 2.  Atlantic Credit & Finance, Inc.<br>2727 Franklin Road SW<br>Roanoke, VA 24014 | Unsecured Claim | $1,403.92 |
| 3.  Blitt and Gaines, P.C.<br>Attorneys at Law<br>661 Glenn Ave<br>Wheeling, IL 60090<br>xx-xx655-0 | Unsecured Claim | $1,239.91 |
| 4.  Blitt and Gaines, P.C.<br>Attorneys at Law<br>661 Glenn Ave<br>Wheeling, IL 60090<br>xx-xx477-0 | Unsecured Claim | $1,533.70 |
| 5.  Blitt and Gaines, P.C.<br>Attorneys at Law<br>661 Glenn Ave<br>Wheeling, IL 60090<br>xx-xx180-0 | Unsecured Claim | $1,403.92 |
| 6.  Blitt and Gaines, P.C.<br>Attorneys at Law<br>661 Glenn Ave<br>Wheeling, IL 60090 | Unsecured Claim | $1,239.91 |

in re:  **Urszula Drygierczyk**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 | Unsecured Claim | $895.64 |
| 8.  Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx-xxxx-xxxx-7258 | Unsecured Claim | $8,027.53 |
| 9.  Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285<br>xxxx-xxxx-xxxx-xxxx | Unsecured Claim | $1,560.00 |
| 10.  Capital One Bank<br>PO Box 85520<br>Richmond, VA 23285<br>xxxx-xxxx-xxxx-xxxx | Unsecured Claim | $1,492.00 |
| 11.  Citi Bank/DFS<br>12234 N IH 35 SB BLDG B<br>AUSTIN<br>TX 78754<br>xxxx-xxxx-xxxx-xXXXX | Unsecured Claim | $1,619.00 |
| 12.  Credit Collection Services<br>Two Wells Ave<br>Dept. AMFA<br>Newton, MA 02459<br>xx xxxx x0987 | Unsecured Claim | $413.20 |
| 13.  Credit One Bank<br>PO BOX 98875<br>Las Vegas, NV 89193<br>xxxx-xxxx-xxxx-XXXX | Unsecured Claim | $1,132.00 |
| 14.  Creditors Financial Group, LLC<br>PO Box 440290<br>Aurora, CO 80044-0290<br>xxxxxx3 A94 | Unsecured Claim | $7,807.98 |
| 15.  Dell Financial Services<br>Dell Preferred Account<br>Payment Processing Center<br>PO Box 6403<br>Carol Stream, IL 60197-6403<br>xxxx-xxxx-xxxx-xxx6-324 | Unsecured Claim | $1,698.36 |

in re:  **Urszula Drygierczyk**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16.  Fifth Third Bank<br>Fifth Third Center<br>Cincinnati, OH 45263<br>ph# 513-579-5200<br>xxxxx5366 | Secured Claim | $8,228.00 |
| 17.  Freedman Anselmo Lindberg & Rappe LLC<br>1807 West Diehl Rd, #333<br>PO Box 3228<br>Naperville, IL 60566-7228<br>xxxx1800 | Unsecured Claim | $2,890.96 |
| 18.  HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>xxxx-xxxx-xxxx-7879 | Unsecured Claim | $1,403.92 |
| 19.  J H Stroger Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698<br>xxxxx6485 | Unsecured Claim | $268.80 |
| 20.  J H Stroger Hosp of Cook County<br>PO Box 70121<br>Chicago, IL 60673-5698<br>xxxxx4726 | Unsecured Claim | $300.00 |
| 21.  John P. Frye, P.C.<br>Attorney at Law<br>P.O. Box 13665<br>Roanoke, Virginia 24036-3665<br>xx4064 | Unsecured Claim | $1,403.92 |
| 22.  Leading Edge Recovery Solutions<br>5440 N Cumberland Ave, Ste 300<br>Chicago, IL 60656-1490<br>xxx4739 | Unsecured Claim | $1,067.51 |
| 23.  LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274<br>xxxx-xxxx-xxxx-xxxx | Unsecured Claim | $8,034.00 |
| 24.  Merrick Bank<br>10713 S Jordan Gat, #150<br>South Jordan<br>UT 84095<br>xxxx-xxxx-xxxx | Unsecured Claim | $2,554.00 |

in re:  **Urszula Drygierczyk**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 25.  NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044<br>xx2540 | Unsecured Claim | $1,094.44 |
| 26.  NCO Financial Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044<br>xx 1009 | Unsecured Claim | $1,533.70 |
| 27.  Phillips & Cohen Associates, LTD<br>258 Chapman Rd, Suite 205<br>Newark, DE 19702<br>xxx9691 | Unsecured Claim | $1,062.08 |
| 28.  Phillips & Cohen Associates, LTD<br>258 Chapman Rd, Suite 205<br>Newark, DE 19702<br>xxxx1409 | Unsecured Claim | $1,192.09 |
| 29.  Regional Adjustment Bureau, Inc.<br>7000 Goodlett Farms Parkway<br>PO Box 34111<br>Memphis, TN 38016<br>xxx-xxxx1083 | Secured Claim | $7,855.90 |
| 30.  SIMM Associates, INC<br>800 Pencader drive<br>Newark, DE 19702<br>xxx6400 | Unsecured Claim | $2,554.12 |
| 31.  Wilshire Credit Corp<br>Attn.: Bankruptcy Department<br>PO Box 1650<br>Portland<br>OR 97207-1650<br>xx4964 | Secured Claim | $141,317.00 |
| 32.  Wilshire Credit Corp<br>Attn.: Bankruptcy Department<br>PO Box 1650<br>Portland<br>OR 97207-1650<br>xx4945 | Secured Claim | $35,182.00 |
| 33.  Worldwide Asset Purchase<br>xxx2410 | Unsecured Claim | $2,690.00 |

in re:    **Urszula Drygierczyk**

_____

Debtor

Case No. (if known)

34.    Zenith Acquisition                          Unsecured Claim                    $1,132.00
       220 John Glenn Dr, #1
       Amherst, NY 14228
       xxxxxx0183

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Urszula Drygierczyk**                                                                          ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing    _Numbered Listing of Creditors_,
consisting of _____5_____ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor:  _Urszula Drygierczyk_                              Date:  _07-23-08_
         **Urszula Drygierczyk**

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_Natalya Lipinskaya_                                        _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_
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_15028 South Cicero Ave, #B_
_Oak Forest, IL 60452_
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.